**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                       :
                                             :        Chapter 11
GRL LLC,                                     :
                                             :        Case No. 12-10801 (ALG)
                    Debtor.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# ORDER

The Debtor having previously filed a voluntary petition in the Bankruptcy Court for the Eastern District of New York (Case No. 11-47911 (CEC)) (the "Prior Case"); and the Prior Case having been dismissed; and the Debtor having filed a voluntary petition in this Court on February 28, 2012 (the "Second Case"); and Archer Capital Fund, L.P. ("Archer") having moved to dismiss the Second Case as a bad faith filing pursuant to, *inter alia*, Bankruptcy Code § 1112(b); and the Court having held a hearing on Archer's motion on the date hereof; and the Debtor having failed to support venue in this Court; and it being in the interests of justice for the Court that previously dismissed this case to administer these proceedings, including determining whether this case should be dismissed as a bad faith filing, it is

**ORDERED**, that the Second Case be and hereby is transferred to the Bankruptcy Court for the Eastern District of New York pursuant to 28 U.S.C. § 1412.

**DATED:**    New York, New York
              March 13, 2012

                                                    /s/ Allan L. Gropper
                                            UNITED STATES BANKRUPTCY JUDGE